AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN**     DISTRICT OF     **TEXAS**

**McALLEN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA <br> V. <br> Joel Romero-Vieyra <br><br> IAE    YOB: 1991 <br> **Mexico** <br> (Name and Address of Defendant) | United States District Court <br> Southern District Of Texas <br> **FILED** <br><br> MAY 1 2019 <br><br> David J. Bradley, Clerk |

**CRIMINAL COMPLAINT**

Case Number:    M-19-0989-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __April 30, 2019__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Abram, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not therefore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ **(Felony)**

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Joel Romero-Vieyra was encountered by Border Patrol Agents near Abram, Texas on April 30, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on April 30, 2019, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on January 5, 2017 through Del Rio, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On February 16, 2016, the defendant was convicted of 8 USC 1324 Conspiracy to transport aliens within the US and was sentenced to eighteen (18) months confinement.

Approved AUSA LAURA GARCIA

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Sworn to before me and subscribed in my presence,

May 1, 2019

Signature of Complainant <br>
Mickel Gonzalez     Senior Patrol Agent

**J. Scott Hacker**, U.S. Magistrate Judge <br>
Name and Title of Judicial Officer

Signature of Judicial Officer